IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, *et al.*,<br><br>Defendants. | NO.  2:22-CV-00500 BJR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY |

## STIPULATION

Plaintiff and Defendant Metropolitan Life Insurance Company stipulate to the entry of the following *Order of Dismissal* without further Notice, without prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

Dated this 2nd day of June, 2022.

| | |
|---|---|
| */s/ Charles E.J. Phipps*<br>Charles E.J. Phipps, admitted *pro hac vice*<br>WATERS, KRAUS & PAUL<br>222 N. Pacific Coast Hwy., Suite 1900<br>El Segundo, CA 90245<br>(310) 414-8146<br>cphipps@waterskraus.com<br>Attorneys for Plaintiff | *s/ Richard G. Gawlowski*<br>Richard G. Gawlowski, WSBA No. 19713<br>WILSON SMITH COCHRAN DICKERSON<br>1000 Second Avenue, Suite 2050<br>Seattle, WA  98104<br>(206) 623-4100 P; (206) 623-9273 F<br>gawlwoski@wscd.com<br>Attorney for Defendant Metropolitan Life Insurance Company |

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY (2:22-CV-00500 BJR) – 1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant Metropolitan Life to dismiss all claims against Metropolitan Life, only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Metropolitan Life Insurance Company are hereby dismissed without prejudice and without costs.

DATED this 10th day of June, 2022.

*Barbara J. Rothstein*
_____
The Honorable Barbara J. Rothstein
United State District Judge

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY (2:22-CV-00500 BJR) – 2

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

**Attorney for Plaintiff**
Susan Ulrich
Charles E.J. Phipps
Kay Gunderson Reeves
Waters, Kraus & Paul
222 N. Pacific Coast Hwy., Suite 1900
El Segundo, CA 90245
cphipps@waterskraus.com
sulrich@waterskraus.com
keeves@waterskraus.com
kpressley@waterskraus.com

**Attorney for Carrier Corp.**
Jason Mills
Morgan Lewis & Bockius
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071
Jason.mills@morganlewis.com

**Attorneys for Crane Co.**
G. William Shaw
Ryan J. Groshong
K & L Gates
925 4th Avenue, Ste. 2900
Seattle, WA 98104
asbestos@klgates.com

**Attorneys for General Electric Co.; ViacomCBS**
Christopher Marks
Malika Johnson
Alice C. Serko
Tanenbaum Keale LLP
701 Pike St Ste 1575
Seattle, WA 98101-3931
Seattle.asbestos@tktrial.com

**Attorney for IMO Industries**
Michael E. Ricketts
Gordon Thomas Honeywell
520 Pike Street, Suite 2350
Seattle, WA 98101
IMOservice@gth-law.com

**Attorney for North Coast Electric Co.; Warren Pumps; Zurn Industries**
Allen E. Eraut
Rizzo Mattingly Bosworth PC
1300 SW Sixth Ave Ste 330
Portland, OR 97201-3530
asbestos@rizzopc.com

---

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY (2:22-CV-00500 BJR) – 3



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| | |
|---|---|
| **Attorneys for Parker-Hannifin Corp.** | **Attorneys for Pfizer** |
| Nicole Roberts MacKenzie | Anthony Todaro |
| Megan Uhle | DLA Piper US LLP |
| Williams Kastner Gibbs | 701 Fifth Ave., Suite 6900 |
| 601 Union Street, Suite 4100 | Seattle, WA 98104 |
| Seattle, WA 98101 | Seattle.asbestos@dlapiper.com |
| wkgasbestos@williamskastner.com | |
| | |
| **Attorneys for Tate Andale** | **Attorneys for Weir Valves & Controls** |
| J. Scott Wood | Dana Kopij |
| Sinars Slowikowski Tomaska LLC | Megan Uhle |
| 1000 Second Ave., Suite 1950 | Williams Kastner Gibbs |
| Seattle, WA 98104 | 601 Union Street, Suite 4100 |
| asbestossea@sinarsaw.com | Seattle, WA 98101 |
| | wkgasbestos@williamskastner.com |
| | |
| **Attorney for York International Corp.** | **Attorneys for Cleaver-Brooks, Inc.** |
| Ronald C. Gardner | Kevin James Craig |
| Gardner Trabolsi & Associates PLLC | Gordon Rees Scully Mansukhani, LLP |
| 2200 Sixth Avenue, Suite 600 | 701 5th Avenue, Suite 2100 |
| Seattle, WA 98121 | Seattle, WA 98104 |
| asbestos@gandtlawfirm.com | SEAasbestos@grsm.com |

**SIGNED** this 2nd day of June 2022.

                                         *s/ Michelle Page*
                                         Michelle Page

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY (2:22-CV-00500 BJR) – 4



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273