UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARTHA RUSHTON,** Individually and as Personal Representative of the Estate of **GLEN O. RUSHTON, JR.,** Deceased,<br><br>        Plaintiffs,<br><br>   v.<br><br>**A.W. CHESTERTON COMPANY,** et al.<br><br>        Defendants. | No. 2:22-CV-500- BJR<br><br>ORDER AMENDING SCHEDULING ORDER |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon an Unopposed Motion to Continue the Trial Date and the Court having considered the motion and found good cause therefore,

IT IS HEREBY ORDERED that the Unopposed Motion to Continue the Trial Date from October 23, 2023 is GRANTED, and the Scheduling Order shall be amended as follows:

- February 15, 2023: deadline for Plaintiff to serve amended FRCP 26(a) disclosures
- August 4, 2023: deadline for fact discovery to be completed
- August 28, 2023: deadline for reports from expert witnesses under FRCP 26(a)(2)
- September 26, 2023: discovery to be completed
- October 26, 2023: all dispositive motions to be filed
- February 19, 2024: all motions *in limine* to be filed
- February 26, 2024: deadline for the joint pretrial statement

ORDER CONTINUING TRIAL DATE
Case No. 2:22-CV-500- BJR
Page **1** of **2**

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

7703516.1

- March 11, 2024: pretrial conference

- March 25, 2024: jury trial begins

DATED this 8th day of February, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL DATE
Case No. 2:22-CV-500- BJR
Page **2** of **2**

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

7703516.1