Honorable Judge Barbara J. Rothstein
Trial Date: October 23, 2023

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,**<br><br>Plaintiff,<br><br>vs.<br><br>**3M COMPANY, et al.,**<br><br>Defendants. | Case No.: 2:22-CV-500- BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CARRIER CORPORATION, ONLY** |

STIPULATION

Plaintiff Martha Rushton and defendant Carrier Corporation, by and through their respective counsel of record, hereby stipulate and agree that all claims against Carrier Corporation only may be dismissed in their entirety without prejudice and without costs, reserving to plaintiff his claims against all other defendants.

DEFENDANT CARRIER CORPORATION'S
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO: 2:22-CV-00500-BJR- 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue
Suite 2800
Seattle, WA 98101
+1.206.274.6400

1       DATED this July 18, 2023.

WATERS, KRAUS & PAUL                   MORGAN LEWIS & BOCKIUS, LLP

By: /s/ *Christopher L. Johnson*          By: */s/ Marisa L. Berlinger*
     Christopher L. Johnson, WSBA #: 56203      Marisa L. Berlinger, WSBA #58991
     Daniel C. Dineen, WSBA #57317              1301 Second Avenue, Suite 2800
     3141 Hood Street, Ste. 200                    Seattle, WA 98101
     Dallas, Texas 75219                          Phone: (206) 274-6400
     Telephone: (214) 357-6244                   marisa.berlinger@morganlewis.com
     Fax: (214) 357-7252
     cjohnson@waterskraus.com                  **Attorneys for CARRIER CORPORATION**
     kreeves@waterskraus.com

**Attorneys for Plaintiffs**

---

DEFENDANT CARRIER CORPORATION'S
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO: 2:22-CV-00500-BJR- 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue
Suite 2800
Seattle, WA 98101
+1.206.274.6400

# ORDER OF DISMISSAL

Based on the foregoing stipulation to dismiss all claims against Defendant CARRIER CORPORATION, only, without prejudice and without costs and/or attorney fees as to any party, and the Court being full advised in the premises, it is hereby ORDERED as follows:

All claims against Defendant CARRIER CORPORATION, are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED this 19th day of July, 2023.

_____
Barbara J. Rothstein
United States District Judge

*Presented by:*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/Marisa L. Berlinger*
Marisa L. Berlinger, WSBA #58991
***Attorney for Defendant CARRIER CORPORATION***

WATER, KRAUS & PAUL

By: */s/ Christopher L. Johnson*
Christopher L. Johnson, WSBA #: 56203
***Attorney for Plaintiffs***

DEFENDANT CARRIER CORPORATION'S
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO: 2:22-CV-00500-BJR- 3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue
Suite 2800
Seattle, WA 98101
+1.206.274.6400