Judge Barbara J. Rothstein
Trial Date: March 25, 2024

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,

    Plaintiff,

v.

A.W. CHESTERTON COMPANY, et al.,

    Defendants.

No. 2:22-cv-00500-BJR

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY

**STIPULATION**

Plaintiff MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased (hereinafter, "Plaintiff") and Defendant General Electric Company, by and through their counsel of record, stipulate that all claims against Defendant General Electric Company, only may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

| DATED this 18th of July 2023. | DATED this 19th of July 2023. |
|---|---|
| WATERS & KRAUS, LLC | TANENBAUM KEALE, LLP |
| s/Christopher Johnson | s/Christopher S. Marks |
| Christopher Johnson, WSBA #56203 | Christopher S. Marks, WSBA #28634 |
| Attorneys for Plaintiff | Attorneys for General Electric Company |

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 1
Case No. 2:22-cv-00500-BJR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant General Electric Company, to dismiss all claims against Defendant General Electric Company, only, without prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiff's claims against Defendant General Electric Company, only are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED: July 21, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:
TANENBAUM KEALE LLP

s/Christopher S. Marks
Christopher S. Marks, WSBA #28634

Attorneys for General Electric Company

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT GENERAL
ELECTRIC COMPANY - 2
Case No. 2:22-cv-00500-BJR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150