The Honorable Barbara J. Rothstein

1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7 | MARTHA RUSHTON, Individually and as
Personal Representative of the Estate of GLEN
8 | O. RUSHTON, JR., Deceased,

9 |               Plaintiffs,

10 |       v.

11

12 | A.W. CHESTERTON COMPANY, et al
               Defendants.

NO.  2:22-cv-00500 BJR

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE AS
TO DEFENDANT PARKER-HANNIFIN
CORPORATION ONLY

13

14        THIS MATTER comes before the Court on the stipulation of the attorneys for the

15 parties, as set forth below, that Defendant Parker-Hannifin Corporation be dismissed from this

16 lawsuit without prejudice and without costs or fees to either party.

17        The Court having considered the stipulation of the parties and finding no just reason for

18 delay;

19        NOW HEREBY ORDERS AND ADJUDGES that Defendant Parker-Hannifin

20 Corporation is hereby dismissed without prejudice and without an award of fees or costs to

21 either of these parties.

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE AS TO DEFENDANT PARKER-HANNIFIN
CORPORATION ONLY - 1
 (Case No. 2:22-cv-500)
7787094.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1    DATED this 16th day of August, 2023

2

3    _____

4    The Honorable Barbara J. Rothstein

5  IT IS SO STIPULATED:

6   Dated:  August 16, 2023                    Dated:  August 16, 2023

7   WATERS, KRAUS & PAUL                       WILLIAMS, KASTNER & GIBBS PLLC

8   */s/ Chris Johnson*                        */s/ Megan E. Uhle*
    Chris Johnson, WSBA #56203                 Nicole R. MacKenzie, WSBA #45741
9   3141 Hood Street, Suite 700                Megan E. Uhle, WSBA #51451
    Dallas, TX 75219                           601 Union Street, Suite 4100
10  Email: cjohnson@waterskraus.com            Seattle, WA  98101-2380
                                               Email:  nmackenzie@williamskastner.com
11                                                      muhle@williamskastner.com
    **Attorney for Plaintiff**                 Eservice:
12                                             wkgasbestos@williamskastner.com

13                                             **Attorneys for Parker-Hannifin
                                               Corporation**
14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE AS TO DEFENDANT PARKER-HANNIFIN
CORPORATION ONLY - 2
 (Case No. 2:22-cv-500)
7787094.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1

## CERTIFICATE OF SERVICE

2       The undersigned certifies under penalty of perjury under the laws of the State of

3   Washington that on the below date, I caused to be served via email, per agreement of counsel,

4   a true and correct copy of the foregoing document as follows:

5   Susan Ulrich
    WATERS, KRAUS & PAUL
6   222 N. Pacific Coast Highway, Suite 1900
    El Segundo, CA 90245
7   Email: sulrich@waterskraus.com
    kpressley@waterskraus.com

8   Charles E.J. Phipps *(Pro Hac Vice)*
9   Kay Gunderson Reeves *(Pro Hac Vice)*
    WATERS, KRAUS & PAUL
10  3141 Hood Street., Suite 700
    Dallas, TX 75219
11  Email: kreeves@waterskraus.com

12  ***Attorneys for Plaintiffs***

Dana C. Kopij
Megan E. Uhle
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Email: wkgasbestos@williamskastner.com
***Attorneys for Valves and Controls US, Inc.***
***f/k/a Weir Valves & Controls USA, Inc. f/k/a***
***Atwood & Morrill Co., Inc.***

13  Robert Novasky
    FORSBERG & UMLAUF, PS
14  901 5th Avenue, Ste. 1400
    Seattle, WA  98164-1039
15  Email: rnovasky@foum.law
    ***Attorneys for A.W. Chesterton Company***
16

17

G. William Shaw
Ryan J. Groshong
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Email: SE.Asbestos@klgates.com
bill.shaw@klgates.com
Ryan.groshong@klgates.com
***Attorneys for Crane Co.***

18  Christopher S. Marks
19  Malika Johnson
    TANENBAUM KEALE LLP
20  701 Pike Street, Suite 1575
    Seattle, WA 98101
21  Email: cmarks@tktrial.com
    mjohnson@tktrial.com
22  Seattle.asbestos@tktrial.com
    ***Attorneys for General Electric Company***

James E. Horne
Michael E. Ricketts
GORDON THOMAS HONEYWELL, LLP
520 Pike Street, Suite 2350
Seattle, WA 98101
Email: IMOService@gth-law.com
***Attorneys for IMO Industries, Inc.***

23

24

25

CERTIFICATE OF SERVICE - 1
(Case No. 2:22-cv-500)

7787094.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| Jason Mills<br>MORGAN LEWIS & BOCKIUS, LLP<br>300 South Grand Ave, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Email: Jason.mills@morganlewis.com<br>**Attorneys for Carrier Corporation** | Richard G. Gawlowski<br>WILSON, SMITH, COCHRAN &<br>DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Email: gawlowski@wscd.com<br>metlifeasbestos@wscd.com<br>**Attorneys for Metropolitan Life Insurance Company** |
| Kevin J. Craig<br>Trevor Mohr<br>GORDON & REES SCULLY<br>MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA  98104<br>Email: seaasbestos@grsm.com<br>**Attorneys for Cleaver-Brooks, Inc.; Puget Sound Pipe and Supply Company** | Mark B. Tuvim<br>Kevin J. Craig<br>Trevor Mohr<br>GORDON & REES SCULLY<br>MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA  98104<br>Email: seaasbestos@grsm.com<br>**Attorneys for Trane U.S. Inc.** |
| Allen E. Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>Email: asbestos@rizzopc.com<br>**Attorneys for North Coast Electric Company; Warren Pumps; Zurn Industries, LLC** | Allen E. Eraut<br>Kevin Clonts<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>Email: asbestos@rizzopc.com<br>aeraut@rizzopc.com<br>kclonts@rizzopc.com<br>**Attorneys for Warren Pumps LLC** |
| Anthony Todaro<br>DLA PIPER LLP (US)<br>701 5th Ave., Suite 6900<br>Seattle, WA 98104-7029<br>Email: Anthony.todaro@us.dlapiper.com<br>Adam.desipio@us.dlapiper.com<br>Seattle.asbestos@us.dlapiper.com<br>**Attorneys for Pfizer, Inc.** | Ronald C. Grdner<br>GARDNER TRABOLSI & MORDEKHOV PLLC<br>2200 6th Ave., Suite 600<br>Seattle, WA 98121<br>Email: rgardner@gandtlawfirm.com<br>asbestos@gandtlawfirm.com<br>**Attorney for York International Corporation** |
| J Scott Wood<br>Howard (Terry) Hall<br>Zachary A. Paal<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Email: swood@grsm.com<br>hthall@grsm.com<br>zpaal@grsm.com<br>seaasbestos@grsm.com<br>**Attorneys for Tate Andale, LLC** | Nicole R. MacKenzie<br>Megan E. Uhle<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA  98101-2380<br>Email: wkgasbestos@williamskastner.com<br>**Attorneys for Parker-Hannifin Corporation** |

CERTIFICATE OF SERVICE - 2
(Case No. 2:22-cv-500)

7787094.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1 | Christopher S. Marks
2 | Malika Johnson
  | Alice C.Serko
3 | TANENBAUM KEALE LLP
  | 701 Pike Street, Suite 1575
4 | Seattle, WA 98101
  | Email: cmarks@tktrial.com
5 | mjohnson@tktrial.com
  | aserko@tktrial.com
6 | Seattle.asbestos@tktrial.com
  | ***Attorneys ViacomCBS, Inc.***
7 |

8 | Signed at Seattle, Washington this 16th day of August, 2023.

9 |

10 |                                          s/Lori Pavey
   |                                          WILLIAMS, KASTNER & GIBBS PLLC
11 |                                          601 Union Street, Suite 4100
   |                                          Seattle, WA  98101-2380
12 |                                          Telephone:  (206) 628-6600
   |                                          Fax:  (206) 628-6611
13 |                                          Email: lpavey@williamskastner.com

CERTIFICATE OF SERVICE - 3
(Case No. 2:22-cv-500)

7787094.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600