The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al<br>Defendants. | NO. 2:22-cv-00500 BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT VALVES AND CONTROLS US, INC. F/K/A WEIR VALVES & CONTROLS USA, INC. F/K/A ATWOOD & MORRILL CO., INC. ONLY |

THIS MATTER comes before the Court on the stipulation of the attorneys for the parties, as set forth below, that Defendant Valves and Controls US, Inc. f/k/a Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill Co., Inc. be dismissed from this lawsuit without prejudice and without costs or fees to either party.

The Court having considered the stipulation of the parties and finding no just reason for delay;

NOW HEREBY ORDERS AND ADJUDGES that Defendant Valves and Controls US, Inc. f/k/a Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill Co., Inc. is hereby dismissed without prejudice and without an award of fees or costs to either of these parties.

DATED this 25th day of August, 2023

*Barbara J. Rothstein* (signature)

Barbara J. Rothstein
United States District Judge

7790418.1

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: August 24, 2023 | Dated: August 24, 2023 |
| WATERS, KRAUS & PAUL | WILLIAMS, KASTNER & GIBBS PLLC |
| */s/ Chris Johnson* | */s/ Megan E. Uhle* |
| Chris Johnson, WSBA #56203<br>3141 Hood Street, Suite 700<br>Dallas, TX 75219<br>Email: cjohnson@waterskraus.com | Dana C. Kopij, WSBA #31648<br>Megan E. Uhle, WSBA #51451<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA  98101-2380<br>Email: wkgasbestos@williamskastner.com |
| ***Attorney for Plaintiff*** | ***Attorneys for Valves and Controls US, Inc. f/k/a Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill Co., Inc.*** |

7790418.1