HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | NO.  2:22-cv-500-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT PUGET SOUND PIPE & SUPPLY COMPANY |

## STIPULATION

Plaintiff MARTHA RUSHTON, individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased (hereinafter "Plaintiff") and Defendant Puget Sound Pipe & Supply Company, by and through their counsel of record, stipulate that all claims against Defendant Puget Sound Pipe & Supply Company only may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

///

///

///

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT PUGET
SOUND PIPE & SUPPLY COMPANY
Case No.  2:22-cv-500-BJR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5118
Facsimile: (206) 689-2822

DATED this 5th day of September, 2023.

| | |
|---|---|
| WATERS & KRAUS, LLC | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Christopher L. Johnson* <br> Christopher L. Johnson, WSBA No. 56203 | *s/ Kevin J. Craig* <br> Kevin J. Craig, WSBA No. 29932 |
| Attorneys for Plaintiff <br> cjohnson@waterskraus.com | Attorney for Defendant Puget Sound Pipe & Supply Company <br> seaasbestos@grsm.com |

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT PUGET
SOUND PIPE & SUPPLY COMPANY
Case No. 2:22-cv-500-BJR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5118
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing stipulated motion by Plaintiff and Defendant Puget Sound Pipe & Supply Company to dismiss all claims against Defendant Puget Sound Pipe & Supply Company only without prejudice and without costs or fees, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendant Puget Sound Pipe & Supply Company only are dismissed without prejudice and without costs or attorney fees as to any party, reserving to Plaintiff her claims against the other parties.

SO ORDERED, this 6th day of September, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

Presented by:

WATERS & KRAUS, LLC

*s/ Christopher L. Johnson*
Christopher L. Johnson, WSBA No. 56203
Attorneys for Plaintiff
cjohnson@waterskraus.com

GORDON REES SCULLY
MANSUKHANI, LLP

*s/ Kevin J. Craig*
Kevin J. Craig, WSBA No. 29932
Attorneys for Puget Sound Pipe & Supply Company
seaasbestos@grsm.com

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT PUGET
SOUND PIPE & SUPPLY COMPANY
Case No. 2:22-cv-500-BJR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5118
Facsimile: (206) 689-2822