UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>A.W. CHESTERSON COMPANY, et al.,<br><br>Defendants. | Case No. 2:22-cv-00500-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTH COAST ELECTRIC COMPANY ONLY** |

Plaintiff and Defendant North Coast Electric Company stipulate to the entry of the following *Order of Dismissal* without further Notice, without prejudice and without costs to either party, reserving to plaintiff, her claims against all other parties.

Dated this 25th day of September, 2023.

| | |
|---|---|
| WATERS, KRAUS & PAUL | RIZZO BOSWORTH ERAUT PC |
| *s/Chris Johnson*_____ | *s/Allen Eraut*_____ |
| Chris Johnson, WSBA No. 56203 | Allen Eraut, WSBA No. 30940 |
| cjohnson@waterskraus.com | aeraut@rizzopc.com |
| *Of Attorneys for Plaintiff* | *Of Attorneys for North Coast Electric Company* |

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant North Coast Electric Company to dismiss all claims against North Coast Electric Company only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against North Coast Electric Company are hereby dismissed without prejudice and without costs.

DATED this 26th day of September 2023.

*[signature]*

Barbara Jacobs Rothstein
United States District Judge

Presented by:

RIZZO BOSWORTH ERAUT PC

By: ___s/*Allen Eraut*___
Allen Eraut, WSBA # 30940
aeraut@rizzopc.com
1300 SW Sixth Ave., Suite 330
Portland, OR 97201
***Attorneys for North Coast Electric Company***