HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> A.W. CHESTERTON COMPANY, et al; <br><br> Defendants. | Case No. 2:22-cv-00500-BJR <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

STIPULATION

Plaintiff MARTHA RUSHTON, individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased (hereinafter "Plaintiff") and Defendant PFIZER, INC., by and through their counsel of record, stipulate that all claims against Defendant PFIZER, INC. only may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 1
CASE NO. 2:22-CV-500-BJR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1          Respectfully submitted this 19th day of October, 2023.

2

3    WATERS, KRAUS & PAUL                       DLA PIPER LLP (US)

4    *s/ Chris Johnson*                          *s/ Anthony Todaro*
     Chris Johnson, WSBA No. 56203              Anthony Todaro, WSBA No. 30391
5    3141 Hood Street, Suite 200                Adam DeSipio, WSBA No. 59335
     Dallas, Texas 75219                        Stephen Barrett, WSBA No. 59330
6    Tel:  214.357.6244                         701 Fifth Avenue, Suite 6900
     Fax:  214.357.7252                         Seattle, Washington 98104-7029
7    E-mail:  cjohnson@waterskraus.com          Tel:     206.839.4800
                                                Fax:     206.839.4801
8    *Attorney for Plaintiff*                    E-mail:  anthony.todaro@us.dlapiper.com
9                                               E-mail:  adam.desipio@us.dlapiper.com
                                                E-mail:  stephen.barrett@us.dlapiper.com
10

11                                              **SERVICE E-MAIL:**
                                                Seattle.Asbestos@us.dlapiper.com
12
                                                *Attorneys for Defendant Pfizer Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL                    DLA Piper LLP (US)
WITHOUT PREJUDICE - 2                              701 Fifth Avenue, Suite 6900
CASE NO. 2:22-CV-500-BJR                     Seattle, WA  98104-7044 | Tel: 206.839.4800

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER OF DIMISSAL**

THIS MATTER having come before the undersigned judge in the above-entitled court based on stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that all claims against Pfizer Inc. only are hereby dismissed without prejudice and without award of costs of attorneys' fees to either party.

DATED this 19th day of October, 2023.

_____
HON. BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 3
CASE NO. 2:22-CV-500-BJR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

2

*Presented by:*

WATERS, KRAUS & PAUL

3

*s/ Chris Johnson*

4

Chris Johnson, WSBA No. 56203
3141 Hood Street, Suite 200
Dallas, Texas 75219

5

Tel:   214.357.6244

6

Fax:   214.357.7252
E-mail:   cjohnson@waterskraus.com

7

*Attorney for Plaintiff*

8

DLA PIPER LLP (US)

9

10

*s/ Anthony Todaro*

Anthony Todaro, WSBA No. 30391

11

Adam DeSipio, WSBA No. 59335
Stephen   Barrett,   WSBA   No.   59330

12

E-mail: anthony.todaro@us.dlapiper.com
E-mail: adam.desipio@us.dlapiper.com

13

E-mail: stephen.barrett@us.dlapiper.com

14

**SERVICE E-MAIL:**

15

Seattle.Asbestos@us.dlapiper.com

16

17

18

**CERTIFICATE OF SERVICE**

19

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the

20

Clerk of the Court using CM/ECF system which will send notification of such filing to the

21

attorneys of record for the parties.

22

Dated this 19th day of October, 2023.

23

*s/ Jacey  Bittle*

Jacey Bittle, Legal Practice Specialist

24

25

26

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 4
CASE NO. 2:22-CV-500-BJR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800