HONORABLE BARBARA J. ROTHSTEIN
TRIAL DATE: MARCH 25, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

NO.  2:22-cv-500-BJR

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT LONE STAR INDUSTRIES, INC**.

STIPULATION

Plaintiff MARTHA RUSHTON, individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased (hereinafter "Plaintiff") and Defendant Lone Star Industries, Inc., by and through their counsel of record, stipulate that all claims against Defendant Lone Star Industries, Inc. only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

//

//

//

//

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT LONE
STAR INDUSTRIES, INC.
Case No.  2:22-cv-500-BJR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5118
Facsimile: (206) 689-2822

1   DATED this 13ᵗʰ day of November, 2023.

2   WATERS & KRAUS, LLC                          GORDON REES SCULLY
                                                  MANSUKHANI, LLP
3

4   s/ Christopher L. Johnson                     s/ Zackary A. Paal
    Christopher L. Johnson, WSBA No. 56203         Zackary A. Paal, WSBA No. 45077
                                                    J. Scott Wood, WSBA No. 41342
5

6   Attorneys for Plaintiff                        Attorney for Defendant Lone Star Industries,
    cjohnson@waterskraus.com                       Inc.
                                                    seaasbestos@grsm.com
7

8                              ORDER OF DISMISSAL

9          THIS MATTER having come on regularly for hearing before this Court upon the

10  foregoing stipulated motion by Plaintiff and Lone Star Industries, Inc., to dismiss all claims

11  against Defendant Lone Star Industries, Inc., only with prejudice and without costs or fees, and

12  the Court being fully advised in the premises.

13         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

14  all of Plaintiff's claims against Defendant Lone Star Industries, Inc. only are dismissed with

15  prejudice and without costs or attorney fees as to any party, reserving to Plaintiff her claims

16  against the other parties.

17         DONE IN OPEN COURT this 13th day of November, 2023.

18

19                                                 HONORABLE BARBARA J. ROTHSTEIN
                                                   United States District Court Judge
20
    Presented by:
21  WATERS & KRAUS, LLC

22  s/ Christopher L. Johnson
    Christopher L. Johnson, WSBA No. 56203
23  Attorneys for Plaintiff
    cjohnson@waterskraus.com
24
    GORDON REES SCULLY
25  MANSUKHANI, LLP

26
    STIPULATION AND ORDER OF              **GORDON REES SCULLY**
    DISMISSAL OF DEFENDANT LONE           **MANSUKHANI, LLP**
    STAR INDUSTRIES, INC.                 701 Fifth Avenue, Suite 2100
    Case No.  2:22-cv-500-BJR             Seattle, WA  98104
                                          Telephone: (206) 695-5118
                                          Facsimile: (206) 689-2822

1

*s/ Zackary A. Paal*
Zackary A. Paal, WSBA No. 45077
J. Scott Wood, WSBA No. 41342
Attorneys for Lone Star Industries, Inc.
seaasbestos@grsm.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT LONE
STAR INDUSTRIES, INC.
Case No.  2:22-cv-500-BJR

**GORDON REES SCULLY
MANSUKHANI, LLP**

701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5118
Facsimile: (206) 689-2822