The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. 2:22-cv-00500-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL FOR DEFENDANT CLEAVER-BROOKS INC. ONLY** |

**STIPULATION**

Plaintiff Martha Rushton and Defendant Cleaver-Brooks Inc. (identified in the Complaint as "Clever Brooks, Inc., a Delaware Corporation with its principal place of business in the State of Georgia"), by and through their counsel of record, jointly stipulate that all claims against Defendant CLEAVER-BROOKS INC., only, may be dismissed without prejudice and without costs and/or attorney fees as to either party, reserving to Plaintiff her claims against the other parties.

STIPULATED AND AGREED TO this 17th day of November, 2023.

STIPULATION AND ORDER
OF DISMISSAL AS TO DEFENDANT
CLEAVER-BROOKS INC. ONLY - 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

1  Dated 17th of November, 2023

2  WATERS, KRAUS & PAUL

3

4  By: */s/ Susan Ulrich*
   Susan Ulrich, WSBA #54568
   Charles E.J. Phipps, *Pro Hac Vice*
5  222 N. Pacific Coast Highway, Suite 1900
   El Segundo, CA 90245
6  Phone:  (310) 414-8146
7  sulrich@waterskraus.com
   cphipps@waterskraus.com
8
   *Attorneys for Plaintiff Martha Rushton,*
9  *Individually and as Personal Representative*
   *of the Estate of Glen O. Rushton, Jr.,*
10 *Deceased*

Dated 17th of November, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Marisa L. Berlinger*
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
marisa.berlinger@morganlewis.com

*Attorneys for Cleaver-Brooks Inc.*

STIPULATION AND ORDER
OF DISMISSAL AS TO DEFENDANT
CLEAVER-BROOKS INC. ONLY - 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA  98101
+1.206.274.6400

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the stipulation of the undersigned parties, now, therefore, it is hereby ORDERED:

All claims against Defendant CLEAVER-BROOKS INC., only, are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED this 20th day of November, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by*:

WATERS, KRAUS & PAUL

By: */s/ Susan Ulrich*
Susan Ulrich
Charles E.J. Phipps, *Pro Hac Vice*
222 N. Pacific Coast Highway, Suite 1900
El Segundo, CA 90245
Phone: (310) 414-8146
sulrich@waterskraus.com
cphipps@waterskraus.com

*Attorneys for Plaintiff Martha Rushton, Individually and as Personal Representative of the Estate of Glen O. Rushton, Jr.*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Marisa L. Berlinger*
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: marisa.berlinger@morganlewis.com

STIPULATION AND ORDER
OF DISMISSAL AS TO DEFENDANT
CLEAVER-BROOKS INC. ONLY - 3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

*Attorneys for Cleaver-Brooks Inc.*

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2023, I served a copy of the foregoing document on all counsel of record via email/electronic service unless otherwise indicated below:

| | |
|---|---|
| Susan Ulrich, WSBA #54568<br>Charles E.J. Phipps, *Pro Hac Vice*<br>WATERS, KRAUS & PAUL<br>222 N. Pacific Coast Highway, Suite 1900<br>El Segundo, CA 90245<br>Phone: (310) 414-8146<br>sulrich@waterskraus.com<br>cphipps@waterskraus.com<br><br>***Attorneys for Plaintiff Martha Rushton, Individually and as Personal Representative of the Estate of Glen O. Rushton, Jr.*** | Megan Uhle<br>Dana C. Kopij<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>muhle@williamskastner.com<br>dkopij@williamskastner.com<br>wkgasbestos@williamskastner.com<br><br>***Attorneys for Weir Valves & Controls USA, Inc.*** |
| Kevin J. Craig<br>GORDON REES SCULLY MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>kcraig@grsm.com<br><br>***Attorneys for Clever-Brooks, Inc.; Puget Sound Pipe and Supply Company*** | G. William Shaw<br>Ryan J. Groshong<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>bill.shaw@klgates.com<br>ryan.groshong@klgates.com<br>se.asbestos@klgates.com<br><br>***Attorneys for Crane Company*** |

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT CLEAVER-BROOKS INC. ONLY - 4

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

| | |
|---|---|
| Christopher S. Marks<br>Malika Johnson<br>Alice Coles Serko<br>Dirk Bernhardt<br>TANENBAUM KEALE, LLP<br>One Convention Place<br>701 Pike St Ste 1575<br>Seattle, WA 98101<br>cmarks@tktrial.com<br>mjohnson@tktrial.com<br>aserko@tktrail.com<br>dbernhart@tktrial.com<br>Seattle.asbestos@tktrial.com<br><br>***Attorneys for General Electric Co.;<br>ViacomCBS Inc.*** | Michael Edwards Ricketts<br>GORDON THOMAS HONEYWELL<br>520 Pike Street, Ste. 2350<br>Seattle, WA 98101<br>mricketts@gth-law.com<br>IMOservice@gth-law.com<br><br>***Attorneys for IMO Industries, Inc.*** |
| H. Terry Hall<br>Zackary Paal<br>J. Scott Wood<br>GORDON REES SCULLY MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>hthall@grsm.com<br>zpaal@grsm.com<br>swood@grsm.com<br><br>***Attorneys for Tate Andale, LLC*** | Richard G. Gawlowski<br>WILSON SMITH COCHRAN & DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Gawlowski@wscd.com<br>page@wscd.com<br>Metlifeasbestos@wscd.com<br><br>***Attorneys for Metropolitan Life Insurance Company*** |
| Anthony Todaro<br>Adam DeSipio<br>Stephen Barrett<br>DLA PIPER PLLC<br>701 Fifth Avenue, Ste. 6900<br>Seattle, WA 98101<br>anthony.todaro@dlapiper.com<br>adam.desipio@dlapiper.com<br>stephen.barrett@dlapiper.com<br>Seattle.asbestos@dlapiper.com<br><br>***Attorneys for Pfizer, Inc.*** | Megan Uhle<br>Dana C. Kopij<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>muhle@williamskastner.com<br>dkopij@williamskastner.com<br>wkgasbestos@williamskastner.com<br><br>***Attorneys for Parker-Hannifin Corp.;<br>Weir Valves & Controls USA, Inc.*** |

STIPULATION AND ORDER
OF DISMISSAL AS TO DEFENDANT
CLEAVER-BROOKS INC. ONLY - 5

Allen Eraut
RIZZO BOSWORTH ERAUT, P.C.
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
aeraut@rizzopc.com
asbestos@rizzopc.com

***Attorneys for North Coast Electric Company;
Warren Pumps, LLC; Zurn Industries, LLC***

I certify under penalty of perjury, under the laws of the United State of America and the State of Washington, that the foregoing is true and correct.

DATED this 17th day of November, 2023, at Seattle, Washington.

                 */s/ Trang La*
                 Trang La, Legal Assistant

STIPULATION AND ORDER
OF DISMISSAL AS TO DEFENDANT
CLEAVER-BROOKS INC. ONLY - 6

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400