HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>REDCO CORPORATION (f/k/a CRANE CO.)<br><br>Defendant | No.: 2:22-CV-00500 BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT REDCO CORPORATION (f/k/a CRANE CO.** |

### **STIPULATION**

COMES NOW Plaintiff and Defendant Redco Corporation (f/k/a Crane Co.), by and through their respective attorneys, and advise that all claims asserted by Plaintiff against Redco Corporation (f/k/a Crane Co.) only, shall be dismissed with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 15th day of November 2023.

| | |
|---|---|
| WATERS, KRAUS & PAUL | K&L GATES LLP |
| By: *s/ Chris Johnson*<br>Chris Johnson WSBA #56203<br>3141 Hood Street, Suite 200<br>Dallas, Texas 75219<br>Tel.: (214) 357-6244<br>cjohnson@waterskraus.com | By: *s/ G. William Shaw*<br>G. William Shaw, WSBA # 8573<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Tel. (206) 623-7580<br>SE.asbestos@klgates.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant Redco Corporation (f/k/a Crane Co.)* |

STIP AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEF REDCO CORPORATION (f/k/a CRANE CO.)- 1
CAUSE NO. 2:22-CV-00500 BJR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**ORDER OF DISMISSAL**

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon Stipulation between Plaintiff and Defendant Redco Corporation (f/k/a Crane Co.), through their respective and duly authorized counsel of record, and the Court having been fully advised and finding no reason for delay, it is now, therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiff's claims and causes of action against Redco Corporation (f/k/a Crane Co.) are DISMISSED with prejudice and without costs to either party.

DATED this 6th day of December 2023.

*/s/ Barbara J. Rothstein*
HON. BARBARA ROTHSTEIN
U.S. District Court Judge

Presented by:

K&L GATES LLP

By: */s/ G. William Shaw*
    G. William Shaw, WSBA # 8573
    bill.shaw@klgates.com
    SE.asbestos@klgates.com
*Attorneys for Defendant Redco Corporation (f/k/a Crane Co.)*

Approved as to Form:
Notice of Presentation Waived:

WATERS, KRAUS & PAUL

By: */s/ Chris Johnson*
    Chris Johnson, WSBA #56203
    cjohnson@waterskraus.com
*Attorneys for Plaintiff*

STIP AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS AS TO DEF REDCO
CORPORATION (f/k/a CRANE CO.)- 2
CAUSE NO. 2:22-CV-00500 BJR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022