Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON,<br><br>        Plaintiff,<br><br>        v.<br><br>AW CHESTERTON COMPANY, *et al.*,<br><br>        Defendants. | No. 22-500-BJR<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Tate Andale, LLC filed a motion for summary judgment on October 26, 2023. ECF No. 81. Pursuant to this Court's Standing Order, ECF No. 31, Plaintiff's response in opposition was due on or before November 16, 2023. To date, no response has been filed.

    Under the circumstances, the Court hereby directs Plaintiff to show cause within 14 days why Tate Andale's motion should not be granted as unopposed. Plaintiff's response to this order is due no later than January 11, 2024, and the Court re-notes Defendant's Motion for Summary Judgment, ECF No. 81, to January 11, 2024. Plaintiff's failure to respond will result in Tate Andale's motion being granted and the case against Tate Andale dismissed without further notice.

1    Dated this 28th day of December, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge