UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARTHA RUSHTON, Individually and as Personal Representative of the Estate of GLEN O. RUSHTON, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>A.W. CHESTERSON COMPANY, et al.,<br><br>Defendants. | Case No. 2:22-cv-00500-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC ONLY** |

Plaintiff and Defendant Warren Pumps, LLC stipulate to the entry of the following *Order of Dismissal* without further Notice, with prejudice and without costs to either party, reserving to plaintiff, her claims against all other parties.

Dated this 13th day of February, 2024.

WATERS, KRAUS & PAUL					RIZZO BOSWORTH ERAUT PC

__*s/Chris Johnson*__					__*s/Allen Eraut*__
Chris Johnson, WSBA No. 56203			Allen Eraut, WSBA No. 30940
cjohnson@waterskraus.com				aeraut@rizzopc.com
*Of Attorneys for Plaintiff*				*Of Attorneys for Warren Pumps, LLC*

1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC ONLY



RIZZO | BOSWORTH | ERAUT PC
1300 SW Sixth Ave, Suite 330 | Portland, OR 97201
rizzopc.com

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of Stipulation by Plaintiff and Defendant Warren Pumps, LLC to dismiss all claims against Warren Pumps, LLC only, with prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Warren Pumps, LLC are hereby dismissed with prejudice and without costs.

DATED this 14th day of February 2024.

Barbara J. Rothstein
United States District Judge

Presented by:

RIZZO BOSWORTH ERAUT PC

By: s/*Allen Eraut*
Allen Eraut, WSBA # 30940
aeraut@rizzopc.com
1300 SW Sixth Ave., Suite 330
Portland, OR 97201
***Attorneys for Warren Pumps, LLC***