UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARTHA RUSHTON,** Individually and as Personal Representative of the Estate of **GLEN O. RUSHTON, JR.,** Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>**A.W. CHESTERTON COMPANY,** et al.<br><br>Defendants. | No. 2:22-CV-500- BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IMO INDUSTRIES INC., VIACOMCBS INC., AND YORK INTERNATIONAL CORPORATION |

Plaintiff, Martha Rushton, Individually and as Personal Representative of the Estate of Glen O. Rushton, Jr., Deceased, and Defendants: (1) IMO Industries Inc.; (2) ViacomCBS Inc.; and (3) York International Corporation stipulate to the entry of the following *Order of Dismissal* without further Notice, *with* prejudice as to all defendants remaining in this case except for Tate Andale ("Tate"). Plaintiff has resolved with Tate but requests that the Court retain this case on its

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IMO INDUSTRIES INC., VIACOMCBS INC., AND YORK INTERNATIONAL CORPORATION - 1

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

inactive docket pending receipt of such settlement funds. Each party will bear its own costs and attorneys' fees.

DATED this 21st day of February, 2024

| | |
|---|---|
| WATERS, KRAUS & PAUL | GORDON, THOMAS, HONEYWELL LLP |
| */s/ Christopher L. Johnson* <br> Christopher L. Johnson, WSBA #: 56203 <br> cjohnson@waterskraus.com | */s/ Michael Ricketts (signed w/ permission)* <br> Michael Ricketts, WSBA #: 9387 <br> mricketts@gth-law.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant IMO Industries, Inc.** |
| TANENBAUM KEALE LLP | MORGAN LEWIS & BOCKIUS, LLP |
| */s/ Christopher Marks (signed w/ permission)* <br> Christopher Marks, WSBA #: 28634 <br> cmarks@tktrial.com | */s/Marisa L. Berlinger (signed w/ permission)* <br> Marisa L. Berlinger, WSBA #: 58991 <br> Marisa.berlinger@morganlewis.com |
| **Attorneys for Defendant ViacomCBS** | **Attorneys for York International Corporation** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IMO INDUSTRIES INC., VIACOMCBS INC., AND YORK INTERNATIONAL CORPORATION - 2

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

# ORDER OF DISMISSAL

This matter having come before the Court by way of Stipulation by Plaintiff and Defendants IMO Industries Inc., ViacomCBS Inc., and York International Corporation, it is hereby ORDERED:

All claims against Defendants IMO INDUSTRIES INC., VIACOMCBS INC., and YORK INTERNATIONAL CORPORATION, only, are hereby dismissed with prejudice and without costs or attorney fees as to any party.

Dated this 21st day of February, 2024

_____
Honorable Barbara J. Rothstein
United States District Judge

Presented by:
WATERS, KRAUS & PAUL

*/s/ Christopher L. Johnson*
Christopher L. Johnson, WSBA #: 56203
cjohnson@waterskraus.com

**Attorneys for Plaintiff**

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IMO INDUSTRIES INC., VIACOMCBS INC., AND YORK INTERNATIONAL CORPORATION - 3

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all counsel of record.

| *Counsel for IMO Industries, Inc.* | *Counsel for Tate Andale, LLC* |
|---|---|
| Michael Ricketts<br>GORDON, THOMAS, HONEYWELL LLP<br>520 Pike Street, Suite 23500<br>Seattle, WA 98101<br>Phone: (206) 676-7500<br>imoservice@gth-law.com<br>mricketts@gth-law.com | Howard (Terry) Hall<br>Zackary Paal<br>J. Scott Wood<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Ste. 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>seaasbestos@grsm.com<br>zpaal@grsm.com<br>hthall@grsm.com<br>swood@grsm.com<br><br>-and-<br><br>Richard D. Ross<br>LAW FIRM OF RICHARD D. ROSS<br>3318 Beach Dr. SW, #101<br>Seattle, WA 98116<br>(206) 660-0512<br>Richard.d.ross@icloud.com |
| *Counsel for ViacomCBS, Inc.* | *Counsel for York International Corporation* |
| Christopher S. Marks<br>Malika Johnson<br>R. Dirk Bernhardt<br>TANENBAUM KEALE LLP<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101-3931<br>cmarks@tktrial.com<br>mjohnson@tktrial.com<br>dbernhardt@tktrial.com<br>seattle.asbestos@tktrial.com | Ronald Gardner<br>GARDNER TRABOLSI & MORDEKHOV PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121<br>Phone: (206) 256-6309<br>asbestos@gandtlawfirm.com<br>rgardner@gandtlawfirm.com<br><br>and<br><br>Marisa L. Berlinger<br>MORGAN LEWIS & BOCKIUS, LLP<br>1301 Second Avenue, Suite 2800 |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IMO INDUSTRIES INC., VIACOMCBS INC., AND YORK INTERNATIONAL CORPORATION - 4

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

| | |
|---|---|
| | Seattle, Washington 98101<br>Phone: (206) 274-6400<br>Fax: (206) 274-6401<br>marisa.berlinger@morganlewis.com |

       */s/ Kaycie Pressley*
       KAYCIE PRESSLEY

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IMO INDUSTRIES INC., VIACOMCBS INC., AND YORK INTERNATIONAL CORPORATION - 5

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252