UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARTHA RUSHTON,** Individually and as Personal Representative of the Estate of **GLEN O. RUSHTON, JR.,** Deceased,<br><br>Plaintiffs,<br>v.<br><br>**A.W. CHESTERTON COMPANY,** et al.<br><br>Defendants. | No. 2:22-CV-500- BJR<br><br>ORDER EXTENDING DEADLINE TO FILE DISMISSAL |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon a Joint Motion to Extend Deadline to File Dismissal and the Court having considered the motion and found good cause therefore,

IT IS HEREBY ORDERED that the Joint Motion to Extend Deadline to File Dismissal from April 1, 2024, is GRANTED and the new deadline to file a dismissal is May 31, 2024.

DATED this 28th day of March, 2024.

*[signature]*
The Honorable Barbara J. Rothstein
United States District Court Judge

Presented by: Christopher L. Johnson
Dated this 28th of March, 2024

*/s/ Christopher L. Johnson*
WATERS KRAUS & PAUL
3141 Hood Street, Ste. 200
Dallas, Texas 75219
Telephone: (214) 357-6244
Fax: (214) 357-7252
Email: cjohnson@waterskraus.com

ORDER EXTENDING DEADLINE TO FILE DISMISSAL
Case No. 2:22-CV-500- BJR
Page **1** of **1**

WATERS KRAUS & PAUL
3141 HOOD STREET, STE. 200
DALLAS, TEXAS 75219
PH: 214-357-6244 FAX: 214-357-7252

7703516.1