UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARTHA RUSHTON,** Individually and as Personal Representative of the Estate of **GLEN O. RUSHTON, JR.,** Deceased,<br><br>    Plaintiffs,<br>  v.<br><br>**A.W. CHESTERTON COMPANY,** et al.<br><br>    Defendants. | No. 2:22-CV-500- BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TATE ANDALE, LLC |

Plaintiff, Martha Rushton, Individually and as Personal Representative of the Estate of Glen O. Rushton, Jr., Deceased, and Defendant Tate Andale, LLC stipulates to the entry of the following *Order of Dismissal* without further Notice, *with* prejudice. Each party will bear its own costs and attorneys' fees.

DATED this 9th day of April, 2024

| | |
|---|---|
| WATERS, KRAUS & PAUL | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Christopher L. Johnson* <br> Christopher L. Johnson, WSBA #: 56203 <br> cjohnson@waterskraus.com | */s/ J. Scott Wood (signed w/ permission)* <br> Howard (Terry) Hall <br> Zackary Paal <br> J. Scott Wood |
| **Attorneys for Plaintiff** | **Attorneys for Defendant Tate Andale, LLC** |

## ORDER OF DISMISSAL

This matter having come before the Court by way of Stipulation by Plaintiff and Defendant Tate Andale, LLC, it is hereby ORDERED:

All claims against Defendant TATE ANDALE, LLC, only, are hereby dismissed with prejudice and without costs or attorney fees as to any party.

Dated this 9th day of April, 2024

Honorable Barbara J. Rothstein
United States District Judge

Presented by:
WATERS, KRAUS & PAUL

*/s/ Christopher L. Johnson*
Christopher L. Johnson, WSBA #: 56203
cjohnson@waterskraus.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all counsel of record.

| | |
|---|---|
| ***Counsel for Tate Andale, LLC***<br>Howard (Terry) Hall<br>Zackary Paal<br>J. Scott Wood<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Ste. 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>seaasbestos@grsm.com<br>zpaal@grsm.com<br>hthall@grsm.com<br>swood@grsm.com | |

/s/ *Kaycie Pressley*
KAYCIE PRESSLEY